NOVEMBER 15, 2004

No. 02–813. GREEN FIRE & MARINE INSURANCE CO., LTD., FKA KUKJE HWAJAE INSURANCE CO., LTD. *v.* M/V HYUNDAI LIBERTY. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Norfolk Southern R. Co.* v. *James N. Kirby, Pty Ltd., ante,* p. 14.

No. 04–5876. ABUL-KABIR, FKA COLE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennard* v. *Dretke,* 542 U. S. 274 (2004).

No. 04–6290. LEVY *v.* FAIRFAX COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04A259. GRAVES *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 04M17. JACKSON *v.* AMETEK, INC./HAVEG DIVISION;
No. 04M18. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* DAVIS;
No. 04M19. STANKEWITZ *v.* BROWN, ACTING WARDEN;
No. 04M20. HENDERSON *v.* TENNESSEE; and
No. 04M21. ERICKSON *v.* WATERTOWN HEALTH DEPARTMENT ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.